**1036**

No. 1356, Misc. ROBERTSON v. RHODE ISLAND. Sup. Ct. R. I. Certiorari denied. *Herbert F. DeSimone*, Attorney General of Rhode Island, and *Donald P. Ryan*, Assistant Attorney General, for respondent.

No. 1382, Misc. HACKER v. CITY OF NEW YORK ET AL. Ct. App. N. Y. Certiorari denied. *J. Lee Rankin* and *Stanley Buchsbaum* for respondents.

No. 871. WISEMAN, DIRECTOR OF INTERNAL REVENUE FOR THE DISTRICT OF OKLAHOMA v. BARBY ET UX., *ante,* p. 339;

No. 937. COMMONWEALTH COATINGS CORP. v. CONTINENTAL CASUALTY CO. ET AL., *ante,* p. 979;

No. 961. HETTLEMAN ET AL. v. CHICAGO LAW INSTITUTE ET AL., *ante,* p. 338;

No. 962. MCMANIGAL v. SIMON ET AL., *ante,* p. 980;

No. 980. ELECTRIC FURNACE CORP. v. DEERING MILLIKEN RESEARCH CORP., *ante,* p. 949;

No. 1027. HICKS ET AL. v. PHYSICAL THERAPISTS EXAMINING BOARD FOR THE DISTRICT OF COLUMBIA, *ante,* p. 987;

No. 672, Misc. WILLIAMS v. UNITED STATES, *ante,* p. 960;

No. 786, Misc. WALKER v. WAINWRIGHT, CORRECTIONS DIRECTOR, *ante,* p. 335;

No. 879, Misc. HARRIS v. RHAY, PENITENTIARY SUPERINTENDENT, *ante,* p. 963;

No. 896, Misc. ELKSNIS v. UNITED STATES, *ante,* p. 990;

No. 1017, Misc. MANCILLA v. UNITED STATES ET AL., *ante,* p. 982; and

No. 1117, Misc. BUTTERFIELD v. GAZELLE, *ante,* p. 985. Petitions for rehearing denied.